Certificate Number: 17572-PAM-DE-034560033

Bankruptcy Case Number: 20-01555


17572-PAM-DE-034560033

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 14, 2020, at 4:40 o'clock PM PDT, William Dudley Sr completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 14, 2020

By: /s/Maria Heredia

Name: Maria Heredia

Title: Counselor