```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 20-01555-HWV
William Bural Dudley, Sr                                                 Chapter 13
                  Debtor
```

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: AutoDocke         Page 1 of 2              Date Rcvd: Jun 30, 2020
                             Form ID: ntcnfhrg       Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2020.
```
db            +William Bural Dudley, Sr,    2013 Swatara Street,    Harrisburg, PA 17104-1941
5328386       +CAPITAL REGION WATER,    100 PINE DRIVE,    HARRISBURG, PA 17103-1260
5328388       +CITY OF HARRISBURG,    DEPT OF PUBLIC WORKS,    1820 PAXTON STREET,    HARRISBURG, PA 17104-2826
5328390       +COMMONWEALTH OF PA,    DEPT OF LABOR & INDUSTRY,    OFFICE OF UC BENEFITS POLICY,
                651 BOAS STREET RM 608,    HARRISBURG, PA 17121-0725
5328391       +DAUPHIN COUNTY,    FINES & COSTS,    101 MARKET STREET,    HARRISBURG, PA 17101-2089
5328393        PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
5328394       +PRESCIENT MEDICINE,    1214 RESEARCH BLVD,    HUMMELSTOWN, PA 17036-9153
5328395       +RECMGMTPART,    1312 W WESTRIDGE BLVD,    GREENSBURG, IN 47240-3251
5328396       +SHAPIRO & DENARDO, LLC,    3600 HORIZON DRIVE, STE 150,    KING OF PRUSSIA, PA 19406-4702
5328397       +SPECIALIZED LOAN SERVICING LLC,    ATT BANKRUPTCY DEPARTMENT,    8742 LUCENT BLVD SUITE 300,
                HIGHLANDS RANCH, CO 80129-2386
5328868       +U.S. Department of Housing and Urban Development,    100 Penn Square East 11th Floor,
                Philadelphia, PA 19107-3325
5328398      ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,    P O BOX 13009,    READING PA 19612-3009
                (address filed with court: UGI CORP,    225 MORGANTOWN RD,    READING, PA 19611)
5328402       +WELLS FARGO HOME MORTGAGE,    ATTN: BANKRUPTCY MAIL,    MAC# X7801-014,    3476 STATEVIEW BLVD,
                FORT MILL, SC 29715-7203
5333263       +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5328387       +E-mail/Text: dehartstaff@pamd13trustee.com Jun 30 2020 19:45:40      CHARLES J DEHART, III, ESQ.,
                8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5328389        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 30 2020 19:45:29      COMM OF PA DEPT OF REVENUE,
                BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
5328399        E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jun 30 2020 19:45:18
                UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121
5328392        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 30 2020 19:45:22      INTERNAL REVENUE SERVICE - CIO,
                PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5328400       +E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jun 30 2020 19:45:18      UNEMPL COMP TAX MATTERS,
                HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                HARRISBURG, PA 17121-0751
5328401       +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Jun 30 2020 19:48:18
                US DEPARTMENT OF HOUSING & URBAN DEVELOP,    451 7TH STREET SW,    WASHINGTON, DC 20410-0001
                                                                                              TOTAL: 6

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wells Fargo Bank, National Association, successor by
               merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan
               REMIC Trust Certificates, Series 2002-2 bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 William Bural Dudley, Sr karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William Bural Dudley Sr, <br> aka William Dudley Sr, | Chapter 13 |
| **Debtor 1** | Case No. 1:20−bk−01555−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 29, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: August 5, 2020 <br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: ChristinaKovach, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 30, 2020 |

ntcnfhrg (03/18)