United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 20-01555-HWV
William Bural Dudley, Sr     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Jul 08, 2021    Form ID: pdf010    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2021:**

**Recip ID**    **Recipient Name and Address**
+   GEODIS, ATTN: PAYROLL DEPARTMENT, 70 LOGISTICS DRIVE, CARLISLE, PA 17013-7901

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2021 at the address(es) listed below:

**Name**    **Email Address**

Dorothy L Mott
    on behalf of Debtor 1 William Bural Dudley Sr DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor Wells Fargo Bank National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 bkgroup@kmllawgroup.com

Kara Katherine Gendron
    on behalf of Debtor 1 William Bural Dudley Sr mottgendronecf@gmail.com, doriemott@aol.com;karagendronecf@gmail.com;bethsnyderecf@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor Wells Fargo Bank National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 bkgroup@kmllawgroup.com

Rebecca Ann Solarz        on behalf of Creditor Wells Fargo Bank National Association bkgroup@kmllawgroup.com

United States Trustee        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| WILLIAM BURAL DUDLEY, SR : | |
| aka William Dudley, Sr : | CASE NO. 1:20-bk-01555 |
| Debtor : | |
| : | |
| : | |

## AMENDED ORDER TO PAY TRUSTEE

Upon consideration of the Motion for Wage attachment, it is hereby ordered that until further Order of this Court the entity from whom the Debtor, William Bural Dudley, Sr receives income:

GEODIS
ATTN: PAYROLL DEPARTMENT
70 LOGISTICS DRIVE
CARLISLE, PA 17013

deduct from said income the sum of $75.00 from each weekly paycheck, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

JACK N ZAHAROPOULOS
CHAPTER 13 TRUSTEE
PO BOX 6008
MEMPHIS, TN 38101-6008

It is further ordered that the employer shall change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel.    It is further ordered that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.    It is further ordered that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.    It is further ordered that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

Dated:  July 8, 2021            By the Court,

_Henry W. Van Eck_ (signature)
Henry W. Van Eck, Chief Bankruptcy Judge (CD)