# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  WILLIAM BURAL DUDLEY, SR
       WILLIAM DUDLEY, SR

                Debtor(s)

                                    CHAPTER 13

       JACK N. ZAHAROPOULOS
       CHAPTER 13 TRUSTEE
                   Movant
vs.
       WILLIAM BURAL DUDLEY, SR          CASE NO: 1-20-01555-HWV
       WILLIAM DUDLEY, SR

               Respondent(s)


## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 15, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:   June 15, 2023                Respectfully submitted,

                                    /s/   Douglas R. Roeder, Esquire
                                    ID:  80016
                                    Attorney for Movant
                                    Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee
                                    Suite A, 8125 Adams Drive
                                      Hummelstown, PA 17036
                                    Phone:  (717) 566-6097
                                    email:  droeder@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:    WILLIAM BURAL DUDLEY, SR
          WILLIAM DUDLEY, SR

                Debtor(s)

                                      CHAPTER 13

      JACK N. ZAHAROPOULOS
      CHAPTER 13 TRUSTEE
                  Movant
vs.
      WILLIAM BURAL DUDLEY, SR           CASE NO: 1-20-01555-HWV
      WILLIAM DUDLEY, SR

             Respondent(s)

## <u>NOTICE</u>

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

      July 12, 2023 at 09:35 AM
      Sylvia H. Rambo United States Courthouse
      Bankruptcy Courtroom 8, 4th Floor
      1501 North 6th Street
      Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
      **AMOUNT DELINQUENT AS OF LAST MONTH: $ 2,858.00**
      **AMOUNT DUE FOR THIS MONTH: $687.00**
      **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $3,545.00**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

      **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

      **If submitting payment by U.S. First Class Mail** mail to**:**
           **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE.**

Dated:   June 15, 2023

Respectfully submitted,

/s/  Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   WILLIAM BURAL DUDLEY, SR
          WILLIAM DUDLEY, SR

                Debtor(s)

                                      CHAPTER 13

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
                Movant
vs.
          WILLIAM BURAL DUDLEY, SR         CASE NO: 1-20-01555-HWV
          WILLIAM DUDLEY, SR

                Respondent(s)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on June 15, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

    Served Electronically

    KARA K GENDRON
    MOTT & GENDRON LAW
    125 STATE STREET
    HARRISBURG PA  17101-

    UNITED STATES TRUSTEE
    1501 N 6TH STREET
    PO BOX 302
    HARRISBURG PA 17102

    Served by First Class Mail

    WILLIAM BURAL DUDLEY, SR
    2013 SWATARA STREET
    HARRISBURG  PA  17104

I certify under penalty of perjury that the foregoing is true and correct.

Date:  June 15, 2023                    /s/  Matt Arcuri
                                      Office of the Standing Chapter 13 Trustee
                                      Jack N. Zaharopoulos
                                      Suite A, 8125 Adams Dr.
                                      Hummelstown, PA  17036
                                      Phone:  (717) 566-6097
                                      email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:     WILLIAM BURAL DUDLEY, SR
           AKA: WILLIAM DUDLEY, SR

                                              CHAPTER 13

           Debtor(s)

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
                    Movant                    CASE NO: 1-20-01555-HWV

           vs.

           WILLIAM BURAL DUDLEY, SR
           AKA: WILLIAM DUDLEY, SR


### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.