# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| William Bural Dudley, Sr<br>aka William Dudley, Sr<br>Debtor | Chapter: 13<br><br>Case number: 1:20-bk-01555 |
| William Bural Dudley, Sr<br>aka William Dudley, Sr<br>Movant<br>vs,<br><br>COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF LABOR & INDUSTRY; US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT,<br>Respondents | Matter: MOTION TO DETERMINE SECURED STATUS |

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection/response within twenty-one (21) days of the date of the notice. If you object to the relief requested, you must file your objection/response with the Clerk, U. S. Bankruptcy Court, 228 Walnut Street, Third Floor, Harrisburg PA 17101 and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: September 11, 2023

Dorothy L. Mott, Esquire
Attorney ID #43568
Mott & Gendron Law
125 State Street
Harrisburg PA 17101
(717)232-6650 TEL
(717)232-0477 FAX
doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| WILLIAM BURAL DUDLEY, SR : | |
| aka William Dudley, Sr : | CASE NO. 1:20-bk-01555 |
| Debtor : | |
| : | |
| WILLIAM BURAL DUDLEY, SR : | |
| aka William Dudley, Sr : | |
| Movant : | |
| : | |
| v. : | |
| : | |
| COMMONWEALTH OF : | |
| PENNSYLVANIA DEPARTMENT OF : | |
| LABOR & INDUSTRY; US : | |
| DEPARTMENT OF HOUSING & : | |
| URBAN DEVELOPMENT, | |
| Respondents | |

## MOTION TO DETERMINE SECURED STATUS

    COMES NOW the Debtor, by and through through Dorothy L. Mott, Esquire, and respectfully moves the Court pursuant to Section 506 of of the Code to Determine Secured Status asserted by the Respondent, respectfully stating in support thereof:

    1.  The Debtors filed the above-captioned bankruptcy on 5/18/2020.
    2. Debtor listed the following real property on Schedule A:  2013 Swatara Street, Harrisburg, PA 17104 (the "Property.")
    3. The Property is encumbered by a mortgage held by SLS/Wells Fargo:
    4. The fair market value of the Property is $10,000.00.
    5. A senior mortgage payable to SLS/Wells Fargo and totaling $36,207.79 encumber(s) the Property.
    6. Respondents hold wholly unsecured claims.

    WHEREFORE, Debtor requests the entry of an order:
(i) granting this motion;
(ii) determining that the value of the Property is $10,000.00;
(iii) determining that Respondents' claims are unsecured; and
(iv) voiding the Respondents' liens upon completion of the Chapter 13 plan; and
(v) granting any other relief the Court deems appropriate.

Respectfully submitted,

/s/ Dorothy L. Mott
Dorothy L. Mott, Esquire
Attorney ID# 43568
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232-6650
(717) 232-0477
doriemott@aol.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WILLIAM BURAL DUDLEY, SR | : | |
| aka William Dudley, Sr, | : | CASE NO. 1:20-bk-01555 |
|     Debtors | : | |
| | : | |
| WILLIAM BURAL DUDLEY, SR | : | |
| aka William Dudley, Sr, | : | |
|     Movants | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| LABOR & INDUSTRY; US | : | |
| DEPARTMENT OF HOUSING & | : | |
| URBAN DEVELOPMENT, | : | |
|     Respondent/Claimant | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>September 11, 2023</u>, I served a copy of the foregoing document(s) electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows on the following parties:

| Name and Address | Mode of Service |
|---|---|
| | |

| | |
|---|---|
| JACK N ZAHAROPOULOS, ESQUIRE<br>8125 ADAMS DRIVE<br>SUITE A<br>HUMMELSTOWN, PA 17036 | Electronically |
| SECRETARY<br>US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT<br>451 7TH STREET SW<br>WASHINGTON, DC 20410<br><br>Secretary<br>U.S. Department of Housing and Urban Development<br>100 Penn Square East 11th Floor<br>Philadelphia, PA 19107<br><br>Secretary<br>U.S. Department of HUD<br>2401 N.W. 23rd Street, Suite 1A1<br>Oklahoma City, OK 73107<br><br>COMMONWEALTH OF PA<br>SECRETARY DEPT OF LABOR & INDUSTRY<br>OFFICE OF UC BENEFITS POLICY<br>651 BOAS STREET RM 608<br>HARRISBURG, PA 17121 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 09/11/2023

/s/ Dorothy L. Mott
Dorothy L. Mott, Esquire
Attorney ID# 43568
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232-6650
(717) 232-0477
doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| WILLIAM BURAL DUDLEY, SR : | |
| aka William Dudley, Sr, : | CASE NO. 1:20-bk-01555 |
|     Debtors : | |
| : | |
| WILLIAM BURAL DUDLEY, SR : | |
| aka William Dudley, Sr, : | |
|     Movants : | |
| : | |
| v. : | |
| : | |
| COMMONWEALTH OF : | |
| PENNSYLVANIA DEPARTMENT OF : | |
| LABOR & INDUSTRY; US : | |
| DEPARTMENT OF HOUSING & : | |
| URBAN DEVELOPMENT, : | |
|     Respondents : | |

**O R D E R**

UPON CONSIDERATION of the Motion to Determine Secured Status, and after notice and opportunity for hearing thereon, it is hereby
ORDERED AND DECREED that
(i) the motion is granted; and
(ii) the value of the Property is $10,000.00; and
(iii) the Respondents' claims are unsecured; and
(iv) the Respondents' liens are avoided upon completion of the Chapter 13 plan and the entry of the Discharge Order; and
(v) the Respondents shall satisfy the liens of record within 60 days of the entry of the discharge order.