## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **WILLIAM BURAL DUDLEY, SR** | : | |
| aka William Dudley, Sr, | : | **CASE NO. 1:20-bk-01555** |
| Debtors | : | |
| | : | |
| **WILLIAM BURAL DUDLEY, SR** | : | |
| aka William Dudley, Sr, | : | |
| Movants | : | |
| | : | |
| **v.** | : | |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA DEPARTMENT OF** | : | |
| **LABOR & INDUSTRY; US** | : | |
| **DEPARTMENT OF HOUSING &** | : | |
| **URBAN DEVELOPMENT,** | : | |
| Respondents | : | |

## S T I P U L A T E D   O R D E R

UPON CONSIDERATION of the Motion to Determine Secured Status, and after notice and opportunity for hearing thereon, it is hereby

ORDERED AND DECREED that

(i) the motion is granted; and

(ii) the value of the Property is $10,000.00; and

(iii) the Respondents' claims are unsecured; and

(iv) the Respondents' liens are avoided upon completion of the Chapter 13 plan and the entry of the Discharge Order; and

(v) the Respondents shall satisfy the liens of record within 60 days of the entry of the discharge order.

(vi)  The mortgage and its lien held by SPECIALIZED LOAN SERVICING, LLC, AS SERVICING AGENT FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK, MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2002-2 shall remain unaffected by this order.