UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| IN RE:<br><br>William Bural Dudley, Sr aka William Dudley, Sr<br><br>      Debtor(s). | CHAPTER 13<br><br>CASE NO.: 20-01555-HWV |

**NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 ("Movant"), secured creditor to the above entitled Debtors by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

                              Angela C. Pattison, Esq.
                              Hill Wallack LLP
                              1415 Route 70 East, Suite 309
                              Cherry Hill, NJ 08034
                              Telephone: 856-616-8086
                              Facsimile: 856-616-8081
                              Email: apattison@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: August 8, 2024 | Hill Wallack LLP |
| | By: */s/ Angela C. Pattison* <br> Angela C. Pattison, Esq. <br> Hill Wallack LLP <br> 1415 Route 70 East, Suite 309 <br> Cherry Hill, NJ 08034 <br> Telephone: 856-616-8086 <br> Facsimile: 856-616-8081 <br> Email: apattison@hillwallack.com <br> Counsel to NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| William Bural Dudley, Sr aka William Dudley, Sr | CASE NO.: 20-01555-HWV |
| Debtor(s). | |

## CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of (i) Notice of Appearance for NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 in the manner indicated below on August 8, 2024:

William Bural Dudley, Sr
2013 Swatara Street
Harrisburg, PA 17104
**DEBTOR - VIA REGULAR MAIL**

Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
**COUNSEL FOR DEBTOR -VIA ECF**

Asst. U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
**UNITED STATES TRUSTEE - VIA ECF**

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
**TRUSTEE - VIA ECF**

By: */s/ Angela C. Pattison*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com