United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-01555-HWV |
| William Bural Dudley, Sr | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 20, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5333263 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Sep 20 2024 18:38:00 | | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela C. Pattison | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Wells Fargo Bank National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperformi apattison@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | |

| | |
|---|---|
| | on behalf of Debtor 1 William Bural Dudley Sr DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wells Fargo Bank National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 William Bural Dudley Sr karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Keri P Ebeck | on behalf of Creditor Specialized Loan Servicing LLC, as Servicing Agent for Wells Fargo Bank, National Association, Successor By Merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Lo kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:20-bk-01555-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

William Bural Dudley, Sr
2013 Swatara Street
Harrisburg PA 17104

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/19/2024.

Name and Address of Alleged Transferor(s):

Claim No. 2: Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, South Carolina 29603-0826
NewRez LLC d/b/a Shellpoint Mortgage Servicing

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/24

Terrence S. Miller
**CLERK OF THE COURT**