UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: |
|---|
| WITHDRAWAL OF APPEARANCE BY CHRISTOPHER DENARDO, ESQUIRE, IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF WILLIAM E. MILLER, ESQUIRE, IN VARIOUS OPEN CASES |

## PRAECIPE TO SUBSTITUTE APPEARANCE

Kindly withdraw the appearance of Christopher DeNardo, Esquire, and substitute the appearance of William Miller, Esquire, in the cases listed in Exhibit A hereto.

Respectfully submitted,

/s/ William E. Miller
William E. Miller, 308951
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com


__/s/Christopher DeNardo_____
Christopher DeNardo, 78447

| Case | Case | Date Filed | Party Name | Party ID |
|---|---|---|---|---|
| 259490 | 03977-HWV | 09/23/2018 | VRMTG ACQ, LLC | 561694 |
| 261215 | 1:19-bk-00183-HWV | 01/15/2019 | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST | 547654 |
| 262275 | 5:19-bk-01210-MJC | 03/27/2019 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | 476035 |
| 263108 | 1:19-bk-02009-HWV | 05/09/2019 | Carrington Mortgage Services, LLC as servicer for Carrington Mortgage Services, LLC as servicer for Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F | 563366 |
| 264327 | 5:19-bk-03199-MJC | 07/26/2019 | Wells Fargo Bank N.A. | 419806 |
| 265195 | 1:19-bk-04049-HWV | 09/23/2019 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | 478565 |
| 267227 | 1:20-bk-00489-HWV | 02/10/2020 | LakeView Loan Servicing, LLC | 524239 |
| 268327 | 1:20-bk-01555-HWV | 05/18/2020 | Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 | 550032 |
| 268327 | 1:20-bk-01555-HWV | 05/18/2020 | Wells Fargo Bank, National Association | 553661 |
| 268327 | 1:20-bk-01555-HWV | 05/18/2020 | NewRez LLC dba Shellpoint Mortgage Servicing as servicerto for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperformi | 581180 |
| 269688 | 5:20-bk-02872-MJC | 09/29/2020 | Nationstar Mortgage LLC | 463675 |
| 269676 | 5:20-bk-02862-MJC | 09/29/2020 | TIAA, FSB | 528953 |
| 270176 | 1:20-bk-03350-HWV | 11/20/2020 | Carrington Mortgage Services, LLC | 527239 |
| 271195 | 5:21-bk-00678-MJC | 03/30/2021 | THEBANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interestto JP Morgan Chase Bank, N.A. as Trustee for Structured Asset | 556830 |

|  |  |  | Mortgage Investments II Trust2006-AR6 Mortgage Pass-Through |  |
|---|---|---|---|---|
| 271195 | 5:21-bk-00678-MJC | 03/30/2021 | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK | 574057 |
| 271833 | 5:21-bk-01302-MJC | 06/09/2021 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | 524370 |
| 272055 | 5:21-bk-01516-MJC | 07/05/2021 | CHOICE ONE COMMUNITY CREDIT UNION | 559158 |
| 272055 | 5:21-bk-01516-MJC | 07/05/2021 | Choice One Community Cu | 573846 |
| 272099 | 1:21-bk-01556-HWV | 07/12/2021 | The Bank of New York Mellon Trust Company, N.A., as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank, National Association | 571429 |
| 272098 | 5:21-bk-01555-MJC | 07/12/2021 | Nationstar Mortgage LLC d/b/a Mr. Cooper | 559018 |
| 272448 | 5:21-bk-01900-MJC | 08/30/2021 | Carrington Mortgage Services, LLC | 518717 |
| 273003 | 5:21-bk-02440-MJC | 11/15/2021 | JPMorgan Chase Bank, National Association | 561257 |
| 273261 | 1:21-bk-02693-HWV | 12/23/2021 | Reverse Mortgage Funding LLC | 561953 |
| 273261 | 1:21-bk-02693-HWV | 12/23/2021 | Longbridge Financial, LLC | 575423 |
| 273261 | 1:21-bk-02693-HWV | 12/23/2021 | Compu-Link Corporation d/b/a Celink as servicer for Reverse Mortgage Funding LLC | 562891 |
| 273333 | 1:22-bk-00019-HWV | 01/07/2022 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 562035 |
| 273483 | 5:22-bk-00167-MJC | 01/31/2022 | JPMorgan Chase Bank, National Association | 562570 |
| 273599 | 1:22-bk-00280-HWV | 02/15/2022 | Nationstar Mortgage LLC d/b/a Mr. Cooper | 562742 |
| 273599 | 1:22-bk-00280-HWV | 02/15/2022 | Nationstar Mortgage LLC | 463675 |
| 273663 | 1:22-bk-00339-HWV | 02/22/2022 | USAA Federal Savings Bank | 562875 |
| 273706 | 1:22-bk-00382-HWV | 02/28/2022 | Carrington Mortgage Services, LLC | 562970 |
| 274027 | 5:22-bk-00695-MJC | 04/15/2022 | JPMorgan Chase Bank, National Association | 563797 |

| | | | | |
|---|---|---|---|---|
| 274243 | 1:22-bk-00905-HWV | 05/13/2022 | JP MORGAN CHASE Bank, NATIONAL ASSOCIATION | 564221 |
| 274238 | 1:22-bk-00900-HWV | 05/13/2022 | NATIONSTAR MORTGAGE LLC | 494810 |
| 274441 | 1:22-bk-01101-HWV | 06/13/2022 | Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC | 565654 |
| 274441 | 1:22-bk-01101-HWV | 06/13/2022 | Lakeview Loan Servicing, LLC | 494790 |
| 274441 | 1:22-bk-01101-HWV | 06/13/2022 | Lakeview Loan Servicing, LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper | 564817 |
| 274544 | 5:22-bk-01198-MJC | 06/29/2022 | U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-5 | 565106 |
| 274783 | 5:22-bk-01427-MJC | 08/02/2022 | Nationstar Mortgage LLC | 568629 |
| 274822 | 5:22-bk-01465-MJC | 08/08/2022 | Lakeview Loan Servicing, LLC | 566189 |
| 274865 | 5:22-bk-01507-MJC | 08/15/2022 | Andrews Federal Credit Union | 565678 |
| 275009 | 5:22-bk-01645-MJC | 09/01/2022 | Broker Solutions Inc. dba New American Funding, | 566499 |
| 275135 | 1:22-bk-01765-HWV | 09/16/2022 | Carrington Mortgage Services, LLC | 566484 |
| 275260 | 1:22-bk-01888-HWV | 09/29/2022 | NATIONSTAR MORTGAGE LLC | 471531 |
| 275256 | 1:22-bk-01885-HWV | 09/29/2022 | Nationstar Mortgage LLC | 566821 |
| 275274 | 1:22-bk-01902-HWV | 09/30/2022 | NEW CUMBERLAND FCu | 569113 |
| 275322 | 1:22-bk-01949-HWV | 10/10/2022 | Conventional/FHA/VA/RHS: NATIONSTAR MORTGAGE LLC | 567677 |
| 275322 | 1:22-bk-01949-HWV | 10/10/2022 | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust | 592001 |
| 275372 | 5:22-bk-01997-MJC | 10/14/2022 | CSMC 2021-RPL8 Trust | 567020 |
| 275372 | 5:22-bk-01997-MJC | 10/14/2022 | CSMC 2021-RPL8 Trust | 572572 |

| | | | | |
|---|---|---|---|---|
| 275408 | 5:22-bk-02031-MJC | 10/19/2022 | Carrington Mortgage Services, LLC | 479157 |
| 275408 | 5:22-bk-02031-MJC | 10/19/2022 | CARRINGTON MORTGAGE SERVICES, LLc | 567129 |
| 275429 | 5:22-bk-02052-MJC | 10/21/2022 | Andrews Federal Credit Union | 546594 |
| 275501 | 1:22-bk-02122-HWV | 10/31/2022 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | 537612 |
| 275527 | 4:22-bk-02146-MJC | 11/04/2022 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | 478565 |
| 275586 | 5:22-bk-02204-HWV | 11/14/2022 | New American Funding, LLC FKA Broker Solutions Inc. DBA New American Funding | 575717 |
| 275586 | 5:22-bk-02204-HWV | 11/14/2022 | New American Funding as servicer for Broker Solutions Inc. dba New American Funding Movant. | 567658 |
| 275586 | 5:22-bk-02204-HWV | 11/14/2022 | Broker Solutions Inc. dba New American Funding | 557938 |
| 275669 | 1:22-bk-02287-HWV | 11/29/2022 | Nationstar Mortgage LLC | 567791 |
| 275857 | 5:22-bk-02471-MJC | 12/27/2022 | FIRST HERITAGE FINANCIAL LLc | 568352 |
| 275857 | 5:22-bk-02471-MJC | 12/27/2022 | Midwest Loan Services as servicer for First Heritage Financial LLC | 571139 |
| 275940 | 5:23-bk-00032-MJC | 01/10/2023 | Carrington Mortgage Services LLC | 568356 |
| 276163 | 1:23-bk-00246-HWV | 02/04/2023 | NATIONSTAR MORTGAGE LLC | 494810 |
| 276173 | 4:23-bk-00256-MJC | 02/06/2023 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | 537360 |
| 276235 | 5:23-bk-00317-MJC | 02/14/2023 | Lakeview Loan Servicing, LLC | 569374 |
| 276234 | 1:23-bk-00316-HWV | 02/14/2023 | Carrington Mortgage Services, LLC | 569088 |
| 276357 | 5:23-bk-00439-MJC | 02/28/2023 | Nationstar Mortgage LLC | 569375 |
| 276520 | 4:23-bk-00598-MJC | 03/22/2023 | Carrington Mortgage Services, LLC | 569897 |
| 276746 | 1:23-bk-00822-HWV | 04/14/2023 | Nationstar Mortgage LLC | 570425 |

| | | | | |
|---|---|---|---|---|
| 276884 | 5:23-bk-00959-MJC | 04/28/2023 | HSBC Bank USA, N.A., as Trustee for Luminent Mortgage Trust 2006-5 | 570742 |
| 276906 | 5:23-bk-00981-MJC | 05/01/2023 | Lakeview Loan Servicing, LLC | 570753 |
| 277059 | 1:23-bk-01128-HWV | 05/19/2023 | Nationstar Mortgage LLC | 572188 |
| 277074 | 5:23-bk-01143-MJC | 05/22/2023 | Carrington Mortgage Services, LLC | 571198 |
| 277134 | 5:23-bk-01202-MJC | 05/31/2023 | Choice One Community Cu | 571561 |
| 277154 | 1:23-bk-01221-HWV | 06/01/2023 | Freedom Credit Union | 571459 |
| 277404 | 1:23-bk-01464-HWV | 06/29/2023 | Nationstar Mortgage LLC | 571975 |
| 277577 | 5:23-bk-01631-MJC | 07/19/2023 | Carrington Mortgage Services, Llc | 572292 |
| 277606 | 1:23-bk-01660-HWV | 07/21/2023 | Nationstar Mortgage LLC | 572408 |
| 277626 | 1:23-bk-01678-HWV | 07/25/2023 | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VIII-C | 577052 |
| 277798 | 4:23-bk-01844-MJC | 08/15/2023 | Nationstar Mortgage LLC | 572850 |
| 277834 | 5:23-bk-01878-MJC | 08/21/2023 | SiWELL INC. CAPITAL MORTGAGE SERVICE OF TEXAS | 572901 |
| 277974 | 5:23-bk-02012-MJC | 09/06/2023 | Carrington Mortgage Services LLC | 573386 |
| 278209 | 5:23-bk-02236-MJC | 09/28/2023 | WILMINGTON SAVINGS FUND SOCIETY, FSB, not individually but solely as trustee for FINANCE OF AMERICA | 573973 |
| 278206 | 5:23-bk-02233-MJC | 09/28/2023 | JPMorgan Chase Bank, National Association | 574012 |
| 278244 | 1:23-bk-02269-HWV | 10/02/2023 | Nationstar Mortgage LLC | 574059 |
| 278277 | 1:23-bk-02301-HWV | 10/05/2023 | Carrington Mortgage Services, LLC | 574060 |
| 278490 | 5:23-bk-02503-MJC | 10/31/2023 | Utilities Employees Cu | 590000 |
| 278571 | 1:23-bk-02584-HWV | 11/10/2023 | Lakeview Loan Servicing, LLC | 574887 |

| 278638 | 5:23-bk-02647-MJC | 11/21/2023 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | 453265 |
|---|---|---|---|---|
| 278712 | 1:23-bk-02720-HWV | 11/30/2023 | JPMorgan Chase Bank, National Association | 575415 |
| 278705 | 5:23-bk-02713-MJC | 11/30/2023 | JPMorgan Chase Bank, National Association | 448221 |
| 279332 | 5:24-bk-00397-MJC | 02/20/2024 | JPMorgan Chase Bank, National Association | 577130 |
| 279650 | 5:24-bk-00710-MJC | 03/25/2024 | Carrington Mortgage Services, LLC | 577894 |
| 279658 | 5:24-bk-00718-MJC | 03/26/2024 | PINGORA LOAN SERVICING, LLC | 523287 |
| 279726 | 5:24-bk-00784-MJC | 04/02/2024 | Siwell Inc. DBA Capital Mortgage Services Of Texas | 578300 |
| 279892 | 5:24-bk-00945-MJC | 04/17/2024 | Carrington Mortgage Services, LLC | 578526 |
| 280124 | 1:24-bk-01172-HWV | 05/09/2024 | First Heritage Financial Llc | 579373 |
| 280165 | 1:24-bk-01213-HWV | 05/14/2024 | NATIONSTAR MORTGAGE LLC | 494810 |
| 280385 | 5:24-bk-01430-MJC | 06/07/2024 | Carrington Mortgage Services, LLC | 560033 |
| 280417 | 5:24-bk-01460-MJC | 06/11/2024 | Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-A | 590435 |
| 280466 | 5:24-bk-01506-MJC | 06/17/2024 | PNC Bank, National Association | 580193 |
| 280642 | 5:24-bk-01676-MJC | 07/09/2024 | Carrington Mortgage Services LLC | 580884 |
| 280661 | 5:24-bk-01695-MJC | 07/10/2024 | Pnc Bank, National Association | 580740 |
| 280666 | 1:24-bk-01700-HWV | 07/11/2024 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 581047 |
| 280768 | 1:24-bk-01797-HWV | 07/23/2024 | Carrington Mortgage Services, LLC | 580885 |
| 280908 | 1:24-bk-01935-HWV | 08/02/2024 | JPMorgan Chase Bank, National Association | 581458 |
| 281095 | 1:24-bk-02119-HWV | 08/28/2024 | Carrington Mortgage Services, LLC | 581904 |

| 281241 | 5:24-bk-02250-MJC | 09/09/2024 | Carrington Mortgage Services, LLC | 582124 |
|---|---|---|---|---|
| 281666 | 5:24-bk-02667-MJC | 10/16/2024 | New American Funding, LLC | 576384 |
| 281915 | 5:24-bk-02912-MJC | 11/08/2024 | PNC Bank, N.A. | 575946 |
| 281928 | 1:24-bk-02925-HWV | 11/11/2024 | Bank of America, N.A. | 584635 |
| 282086 | 1:24-bk-03074-HWV | 11/27/2024 | CARRINGTON MORTGAGE SERVICES LLC | 556283 |
| 282163 | 1:24-bk-03150-HWV | 12/05/2024 | Carrington Mortgage Services, LLC | 584514 |
| 282167 | 1:24-bk-03154-HWV | 12/06/2024 | JPMorgan Chase Bank, National Association | 584798 |
| 282208 | 5:24-bk-03193-MJC | 12/10/2024 | PNC Bank, N.A. | 587606 |
| 282325 | 1:24-bk-03306-HWV | 12/22/2024 | Carrington Mortgage Services, LLC | 584976 |
| 282370 | 4:24-bk-03350-MJC | 12/29/2024 | First Heritage Financial, LLC | 585196 |
| 282534 | 1:25-bk-00120-MJC | 01/17/2025 | PNC Bank, N.A. | 585773 |
| 282597 | 5:25-bk-00181-MJC | 01/24/2025 | Carrington Mortgage Services, LLC | 585690 |
| 282688 | 1:25-bk-00270-HWV | 01/31/2025 | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For V | 592027 |
| 282688 | 1:25-bk-00270-HWV | 01/31/2025 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 585950 |
| 282948 | 1:25-bk-00524-HWV | 02/28/2025 | JPMorgan Chase Bank, National Association | 586677 |
| 282971 | 1:25-bk-00547-HWV | 02/28/2025 | Bank Of America, N.A. | 586871 |
| 283017 | 1:25-bk-00592-HWV | 03/06/2025 | PNC Bank, National Association | 587101 |
| 283020 | 1:25-bk-00595-HWV | 03/06/2025 | Carrington Mortgage Services LLC | 586765 |

| 283154 | 5:25-bk-00726-MJC | 03/19/2025 | Carrington Mortgage Services, LLC | 587196 |
|---|---|---|---|---|
| 283145 | 5:25-bk-00717-MJC | 03/19/2025 | Carrington Mortgage Services, LLC | 587197 |
| 283510 | 1:25-bk-01075-HWV | 04/21/2025 | Carrington Mortgage Services, LLC | 545031 |
| 283539 | 1:25-bk-01103-HWV | 04/22/2025 | Fay Servicing, LLC as Servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust | 570134 |
| 283619 | 1:25-bk-01182-HWV | 04/29/2025 | JPMorgan Chase Bank, National Association | 588419 |
| 283705 | 1:25-bk-01265-HWV | 05/07/2025 | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For V | 588598 |
| 283807 | 1:25-bk-01351-HWV | 05/15/2025 | JPMorgan Chase Bank, National Association | 588968 |
| 283920 | 5:25-bk-01460-MJC | 05/23/2025 | SERVICE 1ST FCU | 589467 |
| 283976 | 5:25-bk-01513-MJC | 05/29/2025 | PNC Bank, N.A. | 589304 |
| 284027 | 1:25-bk-01563-HWV | 06/01/2025 | CARRINGTON MORTGAGE SERVICES, LLC | 568040 |
| 284027 | 1:25-bk-01563-HWV | 06/01/2025 | Carrington Mortgage Services, LLC | 502819 |
| 284097 | 1:25-bk-01625-HWV | 06/06/2025 | Lebanon Federal Credit Union | 590004 |
| 284101 | 5:25-bk-01629-MJC | 06/08/2025 | PNC Bank, National Association | 589658 |
| 284147 | 5:25-bk-01674-MJC | 06/13/2025 | Corner Post Federal Credit Union | 589996 |
| 284417 | 5:25-bk-01935-MJC | 07/13/2025 | OneMain Financial Group, LLC | 590293 |
| 285190 | 1:25-bk-02691-HWV | 09/22/2025 | PNC Bank, National Association | 593676 |
| 285214 | 5:25-bk-02715-MJC | 09/24/2025 | CSMC 2018-RPL1 Trust | 592398 |
| 285314 | 5:25-bk-02813-MJC | 10/01/2025 | PNC Bank, National Association | 593204 |
| 285488 | 5:25-bk-02983-MJC | 10/17/2025 | JPMorgan Chase Bank, National Association | 593332 |