## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WILLIAM BURAL DUDLEY, SR | : | |
| AKA WILLIAM DUDLEY, SR | : | CASE NO. 1:20-bk-01555 |
| Debtor | : | |
| | : | |
| | : | |

## MOTION TO EXEMPT DEBTOR FROM REQUIREMENT TO COMPLETE OFFICIAL FORM 2830 (CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND 11 USC 522Q)

COMES NOW the Debtor, by and through Mott & Gendron Law and moves to exempt the Debtor from the post-petition Financial Management requirement and from filing Official form 2830, respectfully stating in support thereof as follows:

1. The Debtor filed the above-captioned bankruptcy petition on May 18, 2020.

2. The Debtor died on April 6, 2026 and is therefore incapable of making rational decisions with respect to his financial responsibilities and is so physically impaired that he is unable to participate in an in-person, telephone briefing.

3. The Debtor was not required to pay child support or alimony.

4. The Debtor seeks an exemption from filing Official Form 2830 (Certifications Regarding Domestic Support Obligations and 11 USC 522q -- for discharge --) because he is deceased.

WHEREFORE, the Debtor moves for an exemption from the requirement to file Official Form 2830 (Certifications Regarding Domestic Support Obligations and 11 USC 522q -- for discharge --) because he is deceased.

Respectfully submitted,

/s/ Dorothy L. Mott

_____

Dorothy L. Mott Esquire
Dorothy L. Mott Law Office, LLC
125 State Street
Harrisburg, PA 17101
(717) 232–6650 Telephone
(717) 232-0477 Fax
doriemott@aol.com

IN RE:               :   CHAPTER 13
WILLIAM BURAL DUDLEY, SR   :
AKA WILLIAM DUDLEY, SR    :   CASE NO. 1:20-bk-01555
    Debtor            :
                    :
                    :

## O R D E R

UPON CONSIDERATION of the Motion to Exempt the Debtor from the requirement to file Official Form 2830 (Certifications Regarding Domestic Support Obligations and 11 USC 522q -- for discharge --), and cause appearing therefore, it is hereby

ORDERED AND DECREED that the Debtor is exempted from filing Official Form 2830 (Certifications Regarding Domestic Support Obligations and 11 USC 522q -- for discharge --)