United States Bankruptcy Court

Middle District of Pennsylvania

In re:

William Bural Dudley, Sr

    Debtor

Case No. 20-01555-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: AutoDocke            Page 1 of 3

Date Rcvd: May 01, 2026            Form ID: 3180W            Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Bural Dudley, Sr, 2013 Swatara Street, Harrisburg, PA 17104-1941 |
| aty | + | Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | NewRez LLC dba Shellpoint Mortgage Servicing as se, Hill Wallack LLP, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034 UNITED STATES 08034-2210 |
| cr | + | WELLS FARGO BANK,, Wells Fargo Bank, N.A. as Trustee for th, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| cr | + | Wells Fargo Bank, National Association, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Wells Fargo Bank, National Association, successor, P.O. Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| 5328386 | ++ | CAPITAL REGION WATER, ATTN AR MANAGER, 3003 N FRONT STREET, HARRISBURG PA 17110-1224 address filed with court:, CAPITAL REGION WATER, 100 PINE DRIVE, HARRISBURG, PA 17103 |
| 5328388 | + | CITY OF HARRISBURG, DEPT OF PUBLIC WORKS, 1820 PAXTON STREET, HARRISBURG, PA 17104-2826 |
| 5328390 | + | COMMONWEALTH OF PA, DEPT OF LABOR & INDUSTRY, OFFICE OF UC BENEFITS POLICY, 651 BOAS STREET RM 608, HARRISBURG, PA 17121-0725 |
| 5328391 | + | DAUPHIN COUNTY, FINES & COSTS, 101 MARKET STREET, HARRISBURG, PA 17101-2089 |
| 5373624 | + | Emily Anne Farren, City of Harrisburg, Law Bureau, 10 N. 2nd Street, Suite 402, Harrisburg, PA 17101-1677 |
| 5328394 | + | PRESCIENT MEDICINE, 1214 RESEARCH BLVD, HUMMELSTOWN, PA 17036-9153 |
| 5328395 | + | RECMGMTPART, 1312 W WESTRIDGE BLVD, GREENSBURG, IN 47240-3251 |
| 5328398 | ++ | UGI UTILITIES INC, ATTN CREDIT & COLLECTIONS, P O BOX 13009, READING PA 19612-3009 address filed with court:, UGI CORP, 225 MORGANTOWN RD, READING, PA 19611 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 01 2026 18:50:00 | Wells Fargo Bank, National Association, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5328389 | | EDI: PENNDEPTREV | May 01 2026 22:50:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5328399 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 01 2026 18:49:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5328392 | | EDI: IRS.COM | May 01 2026 22:50:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5328387 | | Email/Text: info@pamd13trustee.com | May 01 2026 18:49:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5654617 | + | Email/Text: mtgbk@shellpointmtg.com | May 01 2026 18:50:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South |

|  |  |  | Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
|---|---|---|---|
| 5654616 | Email/Text: mtgbk@shellpointmtg.com | May 01 2026 18:50:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 5328393 | ^ MEBN | May 01 2026 18:48:13 | PPL ELECTRIC UTILITIES, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 5328397 | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 01 2026 18:50:00 | SPECIALIZED LOAN SERVICING LLC, ATT BANKRUPTCY DEPARTMENT, 8742 LUCENT BLVD SUITE 300, HIGHLANDS RANCH, CO 80129 |
| 5328400 | + Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 01 2026 18:49:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5328401 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 01 2026 18:55:22 | US DEPARTMENT OF HOUSING & URBAN DEVELOP, 451 7TH STREET SW, WASHINGTON, DC 20410-0001 |
| 5328868 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 01 2026 18:55:22 | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107 |
| 5328402 | + EDI: WFHOME | May 01 2026 22:50:00 | WELLS FARGO HOME MORTGAGE, ATTN: BANKRUPTCY MAIL, MAC# X7801-014, 3476 STATEVIEW BLVD, FORT MILL, SC 29715-7203 |
| 5333263 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | May 01 2026 18:50:00 | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wells Fargo Bank, National Association, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 5328396 | ##+ | SHAPIRO & DENARDO, LLC, 3600 HORIZON DRIVE, STE 150, KING OF PRUSSIA, PA 19406-4702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Dorothy L Mott | on behalf of Debtor 1 William Bural Dudley  Sr DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 bkgroup@kmllawgroup.com |
| Kaitlin Shire | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperformi kshire@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Kara Katherine Gendron | on behalf of Debtor 1 William Bural Dudley  Sr kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Keri P Ebeck | on behalf of Creditor Specialized Loan Servicing  LLC, as Servicing Agent for Wells Fargo Bank, National Association, Successor By Merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Lo kebeck@metzlewis.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William Edward Miller | on behalf of Creditor Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 wmiller@logs.com, logsecf@logs.com |
| William Edward Miller | on behalf of Creditor Wells Fargo Bank  National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 C/o NewRez LL wmiller@logs.com, logsecf@logs.com |
| William Edward Miller | on behalf of Creditor Wells Fargo Bank  National Association wmiller@logs.com, logsecf@logs.com |

TOTAL: 10

| Information to identify the case: | | | |
| --- | --- | --- | --- |
| Debtor 1 | William Bural Dudley Sr | Social Security number or ITIN | xxx–xx–4619 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ | |
| | | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   Middle District of Pennsylvania | | | |
| Case number:   1:20–bk–01555–HWV | | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William Bural Dudley Sr
aka William Dudley Sr

**By the court:**

_5/1/26_

Henry W. Van Eck, Chief Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Case 1:20-bk-01555-HWV    Doc 95    Filed 05/03/26    Entered 05/04/26 00:28:14    Desc
Imaged Certificate of Notice    Page 6 of 6