**Fill in this information to identify the case:**

Debtor 1     WILLIAM BURAL DUDLEY, SR

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE     District of   PA
                                                     (State)

Case number   20-01555

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made         12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   NEW REZ DBA SHELLPOINT MORTGAGE SERVICING     **Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account:   4   9   6   5

**Property address:**      2013 SWATARA STREET
                             Number      Street

                             HARRISBURG,       PA      17104
                             City                State      ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 14,697.59 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 14,697.59 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 1,521.49 |
| d. Total amount of arrearages disbursed by the trustee: | $ 16,219.08 |

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:         $ _____

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____.  All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:         $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✖ /s/Donna Schott, Funds Manager                    Date   5 / 27 / 2026
Signature

Trustee    Jack            N            Zaharopoulos
First Name         Middle Name        Last Name

Address    8125 Adams Drive, Suite A
Number          Street

Hummelstown              PA         17036
City                       State       ZIP Code

Contact phone  ( 717 ) 566 – 6097          Email  info@pamd13trustee.com

# Disbursements for Claim

**NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING**
PO BOX 10826

GREENVILLE, SC 29603-

Acct No: 4965/PRE ARREARS/2013 SW/

Sequence: 13
Modify:
Filed Date: 6/5/2020 12:00:00AM
Hold Code:

| | | | Debt: | $14,697.59 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
| Amt Sched: | | $34,623.00 | | | Accrued Int: | $0.00 |
| Amt Due: | | $0.00 | Paid: | $14,697.59 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5200** | **NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING** | | | | | | | |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 05/19/2026 | 2059236 | $4,328.13 | $0.00 | $4,328.13 | |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 06/17/2025 | 2048734 | $470.20 | $0.00 | $470.20 | 06/24/2025 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 05/14/2025 | 2047765 | $826.71 | $0.00 | $826.71 | 05/21/2025 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 04/14/2025 | 2046821 | $195.34 | $0.00 | $195.34 | 04/21/2025 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 03/18/2025 | 2045931 | $167.13 | $0.00 | $167.13 | 03/26/2025 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 02/19/2025 | 2044986 | $206.68 | $0.00 | $206.68 | 02/26/2025 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 01/15/2025 | 2044037 | $206.68 | $0.00 | $206.68 | 01/27/2025 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 12/17/2024 | 2043086 | $206.68 | $0.00 | $206.68 | 12/24/2024 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 11/19/2024 | 2042155 | $167.04 | $0.00 | $167.04 | 11/29/2024 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 10/23/2024 | 2041177 | $310.02 | $0.00 | $310.02 | 10/30/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING | | 09/17/2024 | 2040378 | $310.01 | $0.00 | $310.01 | 09/24/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 08/07/2024 | 2039352 | $206.68 | $0.00 | $206.68 | 08/26/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 07/10/2024 | 2038454 | $103.34 | $0.00 | $103.34 | 08/02/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 06/18/2024 | 2037638 | $206.67 | $0.00 | $206.67 | 06/27/2024 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 05/22/2024 | 2036745 | $308.27 | $0.00 | $308.27 | 06/06/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 04/17/2024 | 2035742 | $206.67 | $0.00 | $206.67 | 05/02/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 03/14/2024 | 2034777 | $205.72 | $0.00 | $205.72 | 03/29/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 02/14/2024 | 2033809 | $310.01 | $0.00 | $310.01 | 02/22/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 01/12/2024 | 2032867 | $103.35 | $0.00 | $103.35 | 01/26/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 12/19/2023 | 2031988 | $310.01 | $0.00 | $310.01 | 01/04/2024 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 11/15/2023 | 2031024 | $206.67 | $0.00 | $206.67 | 11/21/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 10/18/2023 | 2030084 | $217.46 | $0.00 | $217.46 | 10/26/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 09/19/2023 | 2029110 | $303.95 | $0.00 | $303.95 | 09/29/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 08/09/2023 | 2028087 | $154.11 | $0.00 | $154.11 | 08/18/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 06/13/2023 | 2026175 | $208.92 | $0.00 | $208.92 | 06/30/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 05/16/2023 | 2025243 | $208.92 | $0.00 | $208.92 | 05/25/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 04/18/2023 | 2024251 | $208.93 | $0.00 | $208.93 | 05/02/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 03/15/2023 | 2023204 | $208.92 | $0.00 | $208.92 | 03/22/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 02/15/2023 | 2022205 | $208.92 | $0.00 | $208.92 | 02/24/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 01/18/2023 | 2021207 | $313.39 | $0.00 | $313.39 | 01/26/2023 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 12/13/2022 | 2020208 | $208.92 | $0.00 | $208.92 | 12/22/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 11/16/2022 | 2019247 | $182.81 | $0.00 | $182.81 | 12/20/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 10/18/2022 | 2018226 | $165.28 | $0.00 | $165.28 | 10/28/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 09/13/2022 | 2017147 | $165.29 | $0.00 | $165.29 | 09/20/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 08/17/2022 | 2016145 | $165.28 | $0.00 | $165.28 | 08/24/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 07/13/2022 | 2015074 | $230.75 | $0.00 | $230.75 | 07/20/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 06/14/2022 | 2014099 | $153.82 | $0.00 | $153.82 | 06/24/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 05/17/2022 | 2013091 | $153.83 | $0.00 | $153.83 | 05/26/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 04/12/2022 | 2011988 | $153.83 | $0.00 | $153.83 | 04/21/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 03/16/2022 | 2010969 | $153.83 | $0.00 | $153.83 | 03/29/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 02/16/2022 | 2009969 | $153.82 | $0.00 | $153.82 | 02/24/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 01/19/2022 | 2009020 | $230.75 | $0.00 | $230.75 | 01/27/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 12/15/2021 | 2007993 | $153.83 | $0.00 | $153.83 | 12/21/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 11/16/2021 | 2006978 | $153.82 | $0.00 | $153.82 | 11/23/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 10/14/2021 | 2005950 | $158.38 | $0.00 | $158.38 | 10/21/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 09/14/2021 | 2004889 | $197.97 | $0.00 | $197.97 | 09/21/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 08/18/2021 | 2003911 | $237.57 | $0.00 | $237.57 | 08/26/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 07/14/2021 | 2002822 | $82.28 | $0.00 | $82.28 | 07/21/2021 |

Sub-totals: **$14,697.59**   $0.00  **$14,697.59**

Grand Total: $14,697.59   $0.00

# Disbursements for Claim

**Case: 20-01555**     **WILLIAM BURAL DUDLEY, SR**

**NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING**
PO BOX 10826

GREENVILLE, SC  29603-

Acct No: 4965/ Post Arrears- 2013 Swa

POST ARREARS -2ND AP 6/27/23

Sequence:  13
Modify:
Filed Date:
Hold Code:

|  |  | Debt: | $1,521.49 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $1,521.49 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | DisbDescrp |  |
| **5210** | **NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING** | | | | | | | |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI |  | 05/19/2026 | 2059236 | $1,521.49 | $0.00 | $1,521.49 | |

|  |  | Sub-totals: | $1,521.49 | $0.00 | $1,521.49 |
|---|---|---|---|---|---|
|  |  | **Grand Total:** | **$1,521.49** | **$0.00** | |