United States Bankruptcy Court
Middle District of Pennsylvania

In re:
William Bural Dudley, Sr
Debtor

Case No. 20-01555-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Sep 02, 2026 Form ID: fnldec Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Bural Dudley, Sr, 2013 Swatara Street, Harrisburg, PA 17104-1941 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor Wells Fargo Bank National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 C/o NewRez LL amps@manleydeas.com |
| Dorothy L Mott | on behalf of Debtor 1 William Bural Dudley Sr DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wells Fargo Bank National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 bkgroup@kmllawgroup.com |
| Kaitlin Shire | |

| | |
|---|---|
| | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for Wells Fargo Bank National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperformi kshire@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Kara Katherine Gendron | on behalf of Debtor 1 William Bural Dudley Sr kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Keri P Ebeck | on behalf of Creditor Specialized Loan Servicing LLC, as Servicing Agent for Wells Fargo Bank, National Association, Successor By Merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Lo kebeck@metzlewis.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William Edward Miller | on behalf of Creditor Wells Fargo Bank National Association wmiller@logs.com, logsecf@logs.com |
| William Edward Miller | on behalf of Creditor Wells Fargo Bank National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 C/o NewRez LL wmiller@logs.com, logsecf@logs.com |
| William Edward Miller | on behalf of Creditor Wells Fargo Bank National Association, successor by merger to Wells Fargo Bank, Minnesota, National Association, as Trustee for Reperforming Loan REMIC Trust Certificates, Series 2002-2 wmiller@logs.com, logsecf@logs.com |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William Bural Dudley Sr,
aka William Dudley Sr,

**Debtor 1**

Chapter 13

Case No. 1:20−bk−01555−HWV

Social Security No.:
xxx−xx−4619

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 2, 2026

**fnldec** (01/22)